# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPER F. WILSON, | 1:13-cv-00584-LJO-BAM (PC) |
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | (ECF No. 1) |
| M. D. BITER, et al., | |
| Defendants. | |

Plaintiff Jasper F. Wilson ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed a self-titled "Criminal Complaint" against prison officials pursuant to 18 U.S.C. § 241 and 18 U.S.C. § 242. (Doc. 1.)

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity and/or against an officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Plaintiff's complaint, or any portion thereof, is subject to dismissal if it is frivolous or malicious, if it fails to state a claim upon which relief may be granted, or if it seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1), (2); 28 U.S.C. § 1915(e)(2)(B)(ii).

Plaintiff may not file a criminal complaint against defendants, 28 U.S.C. § 547; Ray, Jr. v. Basa, 2010 WL 3448322, *1 (N.D. Cal. Sept. 1, 2010), and Plaintiff does not have a private right of action to sue defendants civilly for violating sections 241 and 242, which are criminal

provisions, Allen v. Gold Country Casino, 464 F.3d 1044, 1048 (9th Cir. 2006) (citing Aldabe v. Aldabe, 616 F.2d 1089, 1092 (9th Cir. 1980)).  This action must be dismissed.

Plaintiff may not proceed on a criminal complaint.

Accordingly, IT IS HEREBY ORDERED as follows:

This action is dismissed and this terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **April 25, 2014**                              **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE